UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MALIBU MEDIA, LLC,                                              15 Civ. 00560(KMK)

                        Plaintiff,

            – against –
                                                                                              NOTICE
CARLOS GONCALVES,                                               OF APPEARANCE

                        Defendant.

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE**, that Christopher S. Weddle hereby enters an appearance for Defendant Carlos Goncalves on behalf of Timko & Moses, LLP. Please forward any notices concerning this case to the undersigned.

        I certify that I am admitted to practice before this Court.

Date:    White Plains, New York
           February 9, 2016

                                                                        Christopher S. Weddle (CW4675)
                                                                       TIMKO & MOSES, LLP
                                                                       Attorneys for Defendant
                                                                       One North Broadway, Suite 412
                                                                       White Plains, NY 10601
                                                                       914-993-0600
                                                                       914-993-0251 (fax)
                                                                       cweddle@ktmlawfirm.com