# TIMKO & MOSES, LLP
## MEMO ENDORSED
### ATTORNEYS AT LAW

JAMES M. TIMKO*
JONATHAN S. MOSES**

* MEMBER NY AND NJ BARS
** MEMBER NY AND CT BARS

WHITE PLAINS PLAZA
ONE NORTH BROADWAY
SUITE 412
WHITE PLAINS, NEW YORK 10601

(914) 993-0600
Facsimile (914) 993-0251
E-Mail: info@ktmlawfirm.com

OF COUNSEL:
CHRISTOPHER S. WEDDLE
LESLIE B. MARON

February 4, 2016

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
Chambers 533
White Plains, NY 10601

Re: Malibu Media. LLC v. Carlos Goncalves
Civil Action No.: 7:15-cv-00560 (KMK)

Dear Judge Karas:

Our office represents the Defendant, Carlos Goncalves with respect to the above referenced matter.

Enclosed please find a "Courtesy Copy" of a Declaration in Opposition To Motion For Entry of Default Judgment, an Affidavit In Opposition and a Memorandum of Law in Opposition For Entry of Default Judgment and in Support of Setting Aside Certificate of Default.

I thank you for your consideration in this regard.

Very truly yours,

James M. Timko

JSM:mr
Enclosures

*The motion is granted on consent. So Ordered. MK 2/9/16*